TODD A. NOAH (SBN 152328)
TED K. JOE (SBN 242589)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail: tnoah@dergnoah.com

DOUGLAS R. KERTSCHER (*pro hac vice* admission pending)
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway – Suite 800
Atlanta, Georgia 30339
Tel: (770) 953-0995
Fax: (770) 953-1358
E-mail: drk@hkw-law.com

Attorneys for Plaintiff and Counterdefendant
SERCONET, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERCONET, LTD., ) | Civil Action No. C-06-4646 PJH |
| ) | |
| Plaintiff, ) | **STIPULATION AND [P~~ROPOSED~~]** |
| ) | **ORDER SELECTING ADR PROCESS** |
| vs. ) | |
| ) | |
| NETGEAR, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| AND RELATED COUNTERCLAIMS ) | |

      The parties stipulate to participate in the Court process of mediation. Plaintiff SercoNet, Ltd. agrees to hold the mediation by the presumptive deadline of ninety (90) days from the date of the order referring the case to an ADR process. Defendant Netgear, Inc. believes that mediation would be more productive if it is held after SercoNet has narrowed its list of claims and after the disputed claim terms have been construed by the Court.

Dated: November 1, 2006 /s/ Todd A. Noah
Todd A. Noah
Counsel for SercoNet, Ltd.

Dated: November 1, 2006 /s/ Christopher Parry
Christopher Parry
Counsel for Netgear, Inc.

[P~~ROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation. The deadline for the ADR session is to be completed within 90 days.

IT IS SO ORDERED:

Dated: November 2, 2006

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-

STIPULATION AND ORDER SELECTING ADR PROCESS
Civil Action No. C 06-4646 PJH