DOUGLAS R. KERTSCHER, *pro hac vice*
HILL, KERTSCHER & WHARTON
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339
Telephone: 770-953-0995x102
Fax: 770-953-1358
Email: drk@hkw-law.com

TODD A. NOAH (State Bar No. 152328)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: 415-705-6377
Fax: 415-705-6383
Email: tnoah@dergnoah.com

Attorneys for Plaintiff and Counterdefendant
SERCONET, LTD.

James A. DiBoise, State Bar No. 83296
Jennifer A. Ochs, State Bar No. 174069
Christopher Parry, State Bar No. 209858
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300
Fax: 650-565-5100
Email: cparry@wsgr.com

Attorneys for Defendant and Counterclaimant
NETGEAR, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERCONET, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> NETGEAR, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. CV-06-04646 PJH <br><br> **STIPULATION RE POSTPONEMENT OF MEDIATION** AND ORDER |

Plaintiff SercoNet ("SercoNet") and Defendant NETGEAR, Inc. ("NETGEAR"), by and through their respective counsel, hereby jointly request that the mediation scheduled for January 31, 2007 should be postponed until a mutually agreeable date to occur between sixty (60) and ninety (90) days after the Court issues its order on claim construction.

After submission of pre-mediation statements to the mediator, and after joint discussions with the Court-appointed mediator, Mr. Ian Feinberg, it has become apparent to the parties that their respective

-1-

STIPULATION AND ORDER RE
CLAIM CONSTRUCTION PROCEEDINGS
Civil Action No. C 06-4646 PJH

positions on the merits of the case are sufficiently far apart, such that proceeding with the January 31, 2007 mediation will not be productive. Accordingly,

IT IS SO STIPULATED that:

The parties jointly request that the mediation in this case currently scheduled for January 31, 2007 shall be postponed until a mutually agreeable date to occur between sixty (60) and ninety (90) days after the Court issues its order on claim construction.

HILL, KERTSCHER & WHARTON, LLP

Dated: January 25, 2007          By: /s/ Douglas R. Kertscher
                                 Douglas R. Kertscher
                                 Attorneys for Plaintiff and Counterdefendant
                                 SERCONET, LTD.


WILSON SONSINI GOODRICH & ROSATI P.C.

Dated: January 25, 2007          By: /s/ Christopher Parry
                                 Christopher Parry
                                 Attorneys for Defendant and Counterclaimant
                                 NETGEAR, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Netgear.

/s/ Douglas R. Kertscher

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

-2-

STIPULATION AND ORDER RE
CLAIM CONSTRUCTION PROCEEDINGS
Civil Action No. C 06-4646 PJH

The mediation in this case currently scheduled for January 31, 2007 shall be postponed until a mutually agreeable date to occur between sixty (60) and ninety (90) days after the Court issues its order on claim construction.

Dated: January 29, 2007, ~~2006~~



Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-3-

STIPULATION AND ORDER RE
CLAIM CONSTRUCTION PROCEEDINGS
Civil Action No. C 06-4646 PJH