| | |
|---|---|
| DOUGLAS R. KERTSCHER, *pro hac vice*<br>HILL, KERTSCHER & WHARTON<br>3350 Riverwood Parkway, Suite 800<br>Atlanta, GA 30339<br>Telephone: 770-953-0995x102<br>Fax: 770-953-1358<br>Email: drk@hkw-law.com | James A. DiBoise, State Bar No. 83296<br>Jennifer A. Ochs, State Bar No. 174069<br>Christopher Parry, State Bar No. 209858<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  650-493-9300 |
| TODD A. NOAH (State Bar No. 152328)<br>DERGOSITS & NOAH LLP<br>Four Embarcadero Center, Suite 1450<br>San Francisco, CA 94111<br>Telephone:  415-705-6377<br>Fax: 415-705-6383<br>Email: tnoah@dergnoah.com | Fax:  650-565-5100<br>Email: cparry@wsgr.com<br><br>Attorneys for Defendant and Counterclaimant<br>NETGEAR, INC. |

Attorneys for Plaintiff and Counterdefendant
SERCONET, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERCONET, LTD.,<br><br>   Plaintiff,<br><br>   vs.<br><br>NETGEAR, INC.<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. C-06-4646 PJH<br><br>**STIPULATION AND ORDER RE CLAIM CONSTRUCTION PROCEEDINGS** |

Pursuant to N.D. Civil Local Rule 6-2, Plaintiff SercoNet, Ltd. ("SercoNet") and Defendant NETGEAR, Inc. ("NETGEAR"), by and through their respective counsel, hereby jointly request that the Court extend the deadline for the Patent L.R. 4-3 Joint Claim Construction from March 16, 2007 to March 21, 2007.  The parties are requesting this extension so that they may have additional time to meet

and confer to narrow the claim construction issues that are presented to the Court.  All other dates in the schedule shall remain unchanged.

    IT IS SO STIPULATED.

Dated:   March 15, 2007                      HILL, KERTSCHER & WHARTON

                                              By:   /s/
                                                      Douglas R. Kertscher

                                        Attorneys for Plaintiff and Counterclaim-defendant SERCONET, LTD.

Dated:   March 15, 2007                      WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                              By:   /s/
                                                      Christopher Parry

                                        Attorneys for Defendant and Counterclaimant NETGEAR, INC.

    I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Douglas R. Kertscher.

                                        /s/ Christopher Parry

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   March 20, 2007

                                          Hon. Phyllis J. Hamilton
                                          United States District Judge

STIPULATION AND ORDER RE CLAIM CONSTRUCTION PROCEEDINGS
CASE NO.: C-06-4646 PJH

-2-