| | |
|---|---|
| DOUGLAS R. KERTSCHER, *pro hac vice*<br>HILL, KERTSCHER & WHARTON<br>3350 Riverwood Parkway, Suite 800<br>Atlanta, GA 30339<br>Telephone: 770-953-0995x102<br>Fax: 770-953-1358<br>Email: drk@hkw-law.com | James A. DiBoise, State Bar No. 83296<br>Jennifer A. Ochs, State Bar No. 174069<br>Christopher Parry, State Bar No. 209858<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650-493-9300<br>Fax: 650-565-5100<br>Email: cparry@wsgr.com |
| TODD A. NOAH (State Bar No. 152328)<br>DERGOSITS & NOAH LLP<br>Four Embarcadero Center, Suite 1450<br>San Francisco, CA 94111<br>Telephone: 415-705-6377<br>Fax: 415-705-6383<br>Email: tnoah@dergnoah.com | Attorneys for Defendant and Counterclaimant<br>NETGEAR, INC. |

Attorneys for Plaintiff and Counterdefendant
SERCONET, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERCONET, LTD.,<br><br>       Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>       Defendant/Third-Party Plaintiff<br><br>v.<br><br>CAMEO COMMUNICATIONS, INC., DELTA NETWORKS, INC., HON HAI PRECISION INDUSTRY CO., LTD., SERCOMM CORP., AND Z-COM, INC.<br><br>       Third-Party Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. C-06-4646 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION OF PAGE LIMIT FOR CLAIM CONSTRUCTION BRIEFS AND FOR TIME TO FILE REPLY BRIEF PURSUANT TO P.L.R. 4-5(c)** |

Pursuant to Civil L.R. 7-12 the parties submit the following joint stipulation and proposed order. The above-captioned action is a patent infringement lawsuit involving five asserted patents. The parties are currently in the midst of claim construction briefing. Due to the number of patents involved, both sides respectfully request a 5-page extension to the 25-page limit provided by the local rules. *See* Civil L.R. 7-4(b).

Further, SercoNet has requested, and NETGEAR does not oppose, a three (3) day extension to file its reply its reply brief and evidence pursuant to P.L.R. 4-5(c).

The parties therefore jointly stipulate and request that the Court enter the following order:

(1) The Court will accept SercoNet's 29-page opening claim construction brief.

(2) NETGEAR may file an opposition claim construction brief of no more than 30 pages.

(3) SercoNet may file its reply brief and evidence pursuant to P.L.R. 4-5(c) no later than May 25, 2007.

Dated: May 9, 2007

HILL, KERTSCHER & WHARTON, LLP

By: /s/Douglas R. Kertscher
Douglas R. Kertscher

Attorneys for Plaintiff
SercoNet, Ltd.

Dated: May 9, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Christopher R. Parry
Christopher R. Parry

Attorneys for Defendant
NETGEAR, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 05/10/07, 2007

Honorable Phyllis
United States Dis[trict]

*Judge Phyllis J. Hamilton*

1  I, Christopher R. Parry, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Requesting Extension of Page Limit for Claim Construction Briefs and for Time to File Reply Brief Pursuant To P.L.R. 4-5(c).  In compliance with General Order 45.X.B., I hereby attest that Douglas R. Kertscher has concurred in this filing.

Dated: May 9, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


_____/s/Christopher R. Parry_____
Christopher R. Parry

Attorneys for Defendant
NETGEAR, Inc.

[PROPOSED] ORDER & JT. STIPULATION TO EXTEND
PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING          -3-
CASE NO. C-06-4646 PJH