LAW OFFICES

# HILL, KERTSCHER & WHARTON, LLP

RIVERWOOD 100 • 3350 RIVERWOOD PARKWAY • SUITE 800
ATLANTA, GEORGIA 30339
(770) 953-0995 • FAX (770) 953-1358

*Douglas R. Kertscher*                                    Email: <u>drk@hkw-law.com</u>

September 26, 2007

**VIA E-FILING**

**The Honorable Phyllis J. Hamilton**
**U. S. District Court**
**Northern District/San Francisco**
**450 Golden Gate Avenue**
**Courtroom 3, 17th Floor**
**San Francisco, CA 94102**

      Re:    **Serconet v. Netgear**
               Case No.: C064646-PJH

Dear Judge Hamilton:

      This case is schedule for a Subsequent Case Management Conference tomorrow at 2:30 p.m.

      In Paragraph 3 of the Subsequent Case Management Report, filed by the parties on September 18, 2007, the parties stated as follows:

> "SercoNet's Position:
> Lead counsel for SercoNet requests that he be able to participate in the subsequent Case Management Conference on September 27, 2007 either via telephone with or simply via other Plaintiff's counsel (with full authority to act as lead counsel). SercoNet's lead counsel is also lead counsel on a previously scheduled hearing in Atlanta, Georgia on the morning of September 27, 2007.
>
> NETGEAR's Position:
> NETGEAR is prepared to show up in person for the September 27, 2007 Case Management Conference, but NETGEAR does not oppose SercoNet's request to allow its lead counsel to appear telephonically."

      We were advised by the Court today that my telephonic participation was not possible, and so are writing at the Court's instruction to request that Plaintiff's counsel,

The Honorable Phyllis J. Hamilton
Page 2 of 2
September 26, 2007

Todd Noah, Esq., be allowed to participate at the Case Management Conference instead of lead counsel. Mr. Noah will have full authority to act as lead counsel.

    We appreciate the Court's consideration and cooperation in this matter.

Sincerely,

Douglas R. Kertscher

/s

cc:    Todd Noah, Esq.
        Chris Parry, Esq.

9/26/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA