DOUGLAS R. KERTSCHER, *pro hac vice*
HILL, KERTSCHER & WHARTON
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339
Telephone: 770-953-0995x102
Fax: 770-953-1358
Email: drk@hkw-law.com

TODD A. NOAH (State Bar No. 152328)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: 415-705-6377
Fax: 415-705-6383
Email: tnoah@dergnoah.com

Attorneys for Plaintiff and Counterdefendant
SERCONET, LTD.

James A. DiBoise, State Bar No. 83296
Jennifer A. Ochs, State Bar No. 174069
Christopher Parry, State Bar No. 209858
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300
Fax: 650-565-5100
Email: cparry@wsgr.com

Attorneys for Defendant and Counterclaimant
NETGEAR, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERCONET, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> NETGEAR, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. C-06-4646 PJH <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [P~~ROPOSED~~] ORDER** |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
CASE NO.: C-06-4646 PJH

-1-

Plaintiff SercoNet, Ltd. and Defendant NETGEAR, Inc., both parties to the above-entitled actions, by and through their respective attorneys, do hereby stipulate to dismiss their respective actions against each other with prejudice, each side to bear its own attorneys' fees, costs, and expenses incurred in connection with the actions.

Dated:   November 12, 2007          HILL, KERTSCHER & WHARTON

By:   /s/Douglas R. Kertscher
        Douglas R. Kertscher

Attorneys for Plaintiff and Counterclaim-defendant
SERCONET, LTD.

Dated:   November 12, 2007          WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation

By:   /s/Christopher Parry
        Christopher Parry

Attorneys for Defendant and Counterclaimant
NETGEAR, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Douglas R. Kertscher.

/s/ Christopher Parry

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 13, 2007

Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA